IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JACOB ROBERT DOTSON**                                                           **PLAINTIFF**
**REG #31524-177**

v.                      **CASE NO. 2:23-CV-00145-BSM**

**HARRIS, N.P., Forrest City**
**Federal Correctional Institutional,**
**Medium Medical Staff,** *et al.*                                        **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted. Jacob Dotson's complaint [Doc. No. 1] is dismissed without prejudice due to a lack of prosecution. The clerk is instructed to close this case. An *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of September, 2023.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE