IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JACOB ROBERT DOTSON**                                                   **PLAINTIFF**
**REG #31524-177**

v.                  **CASE NO. 2:23-CV-00145-BSM**

**HARRIS, N.P.**, Forrest City
**Federal Correctional Institutional,**
**Medium Medical Staff**, *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE